# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                          NO. 2024 KW 0138

VERSUS

JEROME AYRO                                                 **MAY 13, 2024**

---

In Re:      Jerome Ayro, applying for supervisory writs, 32nd
            Judicial District Court, Parish of Terrebonne, No.
            379198.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

    **WRIT DENIED.**

                              **JMG**
                              **WRC**
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT